# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
08 AUG 26 PM 3: 45

---

UNITED STATES OF AMERICA,

V.

**CR 08 0573**

GARY OWENS, JR.,

**SI**

DEFENDANT(S).

---

## INDICTMENT

Title 21, United States Code, Section 841(a)(1), (b)(1)(B) -
Distribution of Crack Cocaine (Three Counts)

---

A true bill.

_____
Foreman

Filed in open court this 26th day of
Aug. 2008.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

KAREN L. HOM
Clerk

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 841(a)(1) -- Distribution of crack cocaine (three counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
For each count: Minimum five years imprisonment; maximum 40 years imprisonment; minimum four years supervised release; maximum lifetime supervised release; maximum $2 million fine; mandatory $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
GARY OWENS, JR.

**DISTRICT COURT NUMBER**
CR 08 - 0573 SI

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Drew Caputo

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08 0573 SI |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: Title 21, United States |
| v. | ) Code, Section 841(a)(1), (b)(1)(B) – |
| | ) Distribution of Crack Cocaine (Three |
| GARY OWENS, JR., | ) Counts) |
| | ) |
| Defendant. | ) SAN FRANCISCO VENUE |
| | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. § 841(a)(1), (b)(1)(B) – Distribution of Crack Cocaine)

On or about August 14, 2007, in the Northern District of California, the defendant,

GARY OWENS, JR.,

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: 5 grams or more of crack cocaine, a mixture and substance which contained cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

//

1 | COUNT TWO:        (21 U.S.C. § 841(a)(1), (b)(1)(B) – Distribution of Crack Cocaine)
2 |        On or about September 12, 2007, in the Northern District of California, the defendant,
3 |                                      GARY OWENS, JR.,
4 | did knowingly and intentionally distribute a Schedule II controlled substance, to wit: 5 grams or
5 | more of crack cocaine, a mixture and substance which contained cocaine base, in violation of
6 | Title 21, United States Code, Section 841(a)(1), (b)(1)(B).
7 | COUNT THREE:      (21 U.S.C. § 841(a)(1), (b)(1)(B) – Distribution of Crack Cocaine)
8 |        On or about October 10, 2007, in the Northern District of California, the defendant,
9 |                                      GARY OWENS, JR.,
10 | did knowingly and intentionally distribute a Schedule II controlled substance, to wit: 5 grams or
11 | more of crack cocaine, a mixture and substance which contained cocaine base, in violation of
12 | Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

DATED: 8/26/08                                     A TRUE BILL.

                                                   _____
                                                   FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division


(Approved as to form: _Andrw Caputo_ )
                       AUSA Caputo

2