JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Facsimile: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

**FILED**

AUG 2 6 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> GARY OWENS, JR., <br>     Defendant. | CR 08 - 0573 <br><br> UNITED STATES' MOTION TO SEAL INDICTMENT AND [PROPOSED] ORDER |

    The government hereby moves the Court for an order sealing the indictment, this motion, and the Court's sealing order until further order of the Court. The United States is concerned that if the indictment were to become public prior to Owens's arrest, it might compromise the Federal Bureau of Investigation's discharge of its responsibilities in this case.

DATED: August 26, 2008        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

```
                    Andrew Caputo y N. Cousiky.
                    _____    Aw/A
                    ANDREW P. CAPUTO
                    Assistant United States Attorney
```

### [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the indictment, this motion, and this sealing order shall be sealed until further order of the Court. This sealing order shall not prevent the Clerk from providing copies of the aforementioned documents to the United States upon request of an attorney for the United States.

DATED: August 26, 2008

```
                    _____
                    HONORABLE JOSEPH C. SPERO
                    United States Magistrate Judge
```

2