JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Facsimile: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

**FILED**

AUG 2 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GARY OWENS, JR., <br><br> Defendant. | No. CR 08-0573 SI <br><br> UNITED STATES' MOTION TO UNSEAL AND [~~PROPOSED~~] ORDER |

    The United States respectfully moves for an order unsealing this matter. At the government's request, the Court issued a sealing order when the above-captioned indictment was returned by the grand jury. Since the arrest warrant has been executed and defendant appeared before the Court this morning for his initial appearance, the United States requests that the Court unseal all papers and proceedings in this case.

DATED: August 27, 2008        Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                    United States Attorney

MOTION TO UNSEAL AND PROPOSED ORDER
CR 08-0573 SI

1  
        _____  
        ANDREW P. CAPUTO  
2         Assistant United States Attorney

3

4

5
                                [~~PROPOSED~~] ORDER

6
    Based upon the motion of the government and for good cause shown, IT IS HEREBY
7
ORDERED that this matter shall be unsealed.

8

9
DATED: August 27, 2008

10
                                _____  
                                JOSEPH C. SPERO  
11                                 United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO UNSEAL AND PROPOSED ORDER  
CR 08-0573 SI