Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for GARY OWENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>GARY OWENS,<br><br>               Defendant. | Case No. CR 08-0573 SI<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER MODIFYING CONDITIONS**<br>**OF PRETRIAL RELEASE** |

      Defendant Gary Owens, by and through his counsel, Edward W. Swanson, and the United States, by and through its counsel Assistant United States Attorney Andrew Caputo, hereby stipulate and agree as follows:

    1.    On November 13, 2008, this Court set conditions of release for defendant Gary Owens, one of which was a condition that he not leave the halfway house except for Court appearances, Pretrial Service visits, permanent employment schedule, attorney visits, medical appointments and emergencies with prior approval.

    2.    The parties agree to a modification of Mr. Owens' release conditions to permit travel to Super Franks located at 5341 Owens Ct, Pleasanton, CA 94588, on December 14, 2008 from 10 a.m. to 4 p.m.  The purpose of this modification is to allow Mr. Owens to attend his daughter's birthday celebration.

\\\

\\\

3. Pretrial Services Officer Victoria Gibson has no objection to the proposed modification.

IT IS SO STIPULATED.

DATED: December 11, 2008  _____/s/_____
Edward W. Swanson
Swanson, McNamara & Haller LLP
Counsel for Defendant Gary Owens

DATED: December 11, 2008  _____/s/_____
Andrew Caputo
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/12/08

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / Seal: United States District Court, Northern District of California]*

2