Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for GARY OWENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>GARY OWENS,<br><br>            Defendant. | Case No. CR 08-0573 SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS<br>OF PRETRIAL RELEASE** |

   Defendant Gary Owens, by and through his counsel, Edward W. Swanson, and the United States, by and through its counsel Assistant United States Attorney Andrew Caputo, hereby stipulate and agree as follows:

   1. On November 13, 2008, this Court set conditions of release for defendant Gary Owens, one of which was a condition that he not leave the halfway house except for Court appearances, Pretrial Service visits, permanent employment schedule, attorney visits, medical appointments and emergencies with prior approval.

   2. The parties agree to a modification of Mr. Owens' release conditions to permit travel to UCSF Parnassus, 505 Parnassus Avenue, San Francisco, CA 94143, as directed by United States Pretrial Service Officer to allow Mr. Owens to attend the birth of his son. Because Mr. Owens has to rely on public transportation, he will not be permitted to travel overnight nor will he be permitted to remain in the hospital overnight. Additionally, Mr. Owens will be required to check in with the halfway house every two hours.

3. U.S. Pretrial Service Officer Gibson has no objection to the proposed modification.

IT IS SO STIPULATED.

DATED: February 10, 2009  _____/s/_____
Edward W. Swanson
Swanson, McNamara & Haller LLP
Counsel for Defendant Gary Owens

DATED: February 10, 2009  _____/s/_____
Andrew Caputo
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte]*